*torney General Clark, Messrs. Sewall Key* and *Robert N. Anderson* for respondent.

No. 437. CORNUCOPIA GOLD MINES *v.* LOCKEN, ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James Arthur Powers* and *Dean H. Dickinson* for petitioner. *Mr. George T. Cochran* for respondent.

No. 439. FLETCHER ET AL., SURVIVING TRUSTEES, *v.* CLARK, COLLECTOR OF INTERNAL REVENUE. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. George T. Evans* for petitioners. *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key, Robert N. Anderson* and *Mrs. Muriel S. Paul* for respondent.

No. 442. SCHLECTER *v.* FOSTER, WARDEN. November 5, 1945. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. Avel B. Silverman* for petitioner. *Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Wendell P. Brown,* First Assistant Attorney General, for respondent.

No. 445. LINCOLN NATIONAL LIFE INSURANCE CO. *v.* STATE TAX COMMISSION ET AL. November 5, 1945. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Mr. Clyde J. Cover* for petitioner.